1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12                            **RENO DIVISION**

13

14  HELen A. HANSEN,                ) Case No: 3:18-cv-00217-LRH-WGC
                                    )
15         Plaintiff                )
                                    ) **STIPULATION FOR EXTENSION OF**
16     v.                           ) **TIME TO FILE DEFENDANT'S**
                                    ) **ANSWER**
17  NANCY A. BERRYHILL, Acting      )
    Commissioner of Social Security,) **(First Request)**
18                                  )
           Defendant.               )
19  _____)

20      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests

21  an extension of time of fourteen days from July 16, 2018 to July 30, 2018, to prepare and file her

22  answer.  This is the Commissioner's first request for an extension.

23      This extension is necessary due to the fact that the Social Security Administration's

24  records component receives an extensive volume of requests for records nationally, and

25  Defendant requires the additional time requested to properly compile and produce the certified

26  administrative record to be utilized by all parties in this suit.

-1-

On July 16, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: July 16, 2018

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/* Cyrus Safa
CYRUS SAFA
*authorized by email July 16, 2018

Attorneys for Plaintiff

Date: July 16, 2018

DAYLE ELIESON
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: July 17, 2018

*William G. Cobb*
HONORABLE WILLIAM G. COBB
United States Magistrate Judge