# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN A. HANSEN, | Case No.: 3:3:18-cv-00217-LRH-WGC |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | **AND ORDER THEREON** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE WILLIAM G. COBB, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Helen A. Hansen ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation

///

-1-

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: November 9, 2018   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
Cyrus Safa
Attorney for plaintiff Helen A. Hansen

DATE: November 9, 2018   DAYLE ELIESON
United States Attorney

/s/ *Michael K. Marriott*

MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

DATED this 14th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE